

### The Office of Vince Ryan
### County Attorney

January 4, 2018

Honorable Ken Paxton                           *via Certified Mail/ Return Receipt Requested*
Attorney General of Texas
Supreme Court Building
P. O. Box 12548
Austin, Texas 78711-2548

Attention:     Open Records Committee

Re:     Public Information Request by Logan Churchwell with the Public Interest Legal
        Foundation to the **Harris County Voter Registrar** for certain information dating back to
        January of 2006 related to individuals who were identified by official sources as potentially
        not satisfying the citizenship requirementsrelated to registered voters, etc. *C. A. File No.
        17PIA0762*

Dear Attorney General Paxton:

        On December 18, 2017, the **Harris County Voter Registrar** received written clarification
in response to a December 15, 2017 request for clarification to a December 1, 2017 request
for the above-referenced information pursuant to the Texas Public Information Act, Tex. Gov't
Code §§ 552.001-552.353 (the "Act"). The requested information appears to be excepted from
disclosure under Sections 552.101-552.154, as well as any other applicable statute or case
identified by the Act, including section 62.113 of the Texas Governmenr Code.

        A memorandum brief and the documents for which we are seeking an exception will be
submitted within the appropriate time frame permitted by the Act.  We note that December 25,
2017, December 26, 2017, and January 1, 2018 were Harris County holidays and should not be
counted as part of the ten working days within which to respond.

                        Yours very truly,

                        VINCE RYAN
                        County Attorney

                        By _____
                        J. R. Harris
                        Assistant County Attorney

cc: Mr. Logan Churchwell
    32 E. Washington Street, Suite 1675
    Indianapolis, Indiana 46204
    *lchurchwell@publicinterestlegal.org*

**1019 Congress, 15ᵗʰ Floor • Houston, Texas 77002 • Phone: 713-755-5101 • Fax: 713-755-8924**

EXHIBIT D