IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., *Plaintiff,* | § § § § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-00981 |
| ANN HARRIS BENNETT, *in her official capacity as Voter Registrar for Harris County, Texas,* *Defendant.* | § § § § § § | |

## ORDER

The Court has before it the Memorandum and Recommendation of the United States Magistrate Judge (Doc. No. 42) and the Defendant's Objection thereto (Doc. No. 45). The Court ordered the Plaintiff to address the standing issues raised by Defendant's objection—an order with which it complied (Doc. No. 47).

The Court having considered this matter *de novo* hereby adopts the Memorandum and Recommendation of the United States Magistrate Judge. The Motion to Dismiss Plaintiff's First Amended Verified Complaint (Doc. No. 23) is denied.

SIGNED at Houston, Texas this 11th day of March, 2019.

Andrew S. Hanen
United States District Judge