IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE PUBLIC INTEREST LEGAL FOUNDATION, | § § § |
| Plaintiff, | § § |
| V. | § CIVIL ACTION NO. H-18-0981 |
| ANN HARRIS BENNETT, in her capacity as Voter Registrar for Harris County, Texas, | § § § § |
| Defendant. | § § |

## ORDER

Pending is Defendant's Emergency Motion to Quash Deposition of Defendant Office of Harris County Voter Registrar and Motion for Protection (Document No. 56). In that motion, Defendant seeks an Order quashing the deposition that was noticed for her on the basis that her Motion to Stay or Abstain should be resolved first. Having considered Defendant's motion to quash, the response in opposition, the prior ruling denying Defendant's motion to dismiss, and the need for both sides to commence discovery notwithstanding the pendency of a separate state court action, it is

ORDERED that Defendant's Emergency Motion to Quash Deposition of Defendant Office of Harris County Voter Registrar and Motion for Protection (Document No. 56) is DENIED.

Signed at Houston, Texas, this ___11th___ day of June, 2019.

_____
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE