United States District Court
Southern District of Texas
**ENTERED**
January 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC., <br> *Plaintiff*, <br><br> v. <br><br> ANN HARRIS BENNETT, *in her official capacity as Voter Registrar for Harris County, Texas,* <br> *Defendant.* | § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:18-CV-00981 |

## ORDER

This Court has considered the objections filed by Plaintiff to the stay order entered by the United States Magistrate Judge (Doc. Nos. 63, 67) and Harris County's response to this Court's inquiry (Doc. No. 68). While this Court appreciates Plaintiff's arguments that a stay was not necessitated by federal law, it has found no reason to set aside that stay order. To that effect this Court adopts the Report and Recommendation of the Magistrate Judge (Doc. No. 62).

Notwithstanding this ruling, this Court finds no reason that this case cannot be resolved promptly if the state courts have not done so in the meantime. The stay expires on February 14, 2020. Plaintiff is given leave to file any dispositive motion or to supplement the one it has already filed if it so desires on February 15, 2020. Defendants shall have until March 6, 2020 to respond. If this matter is not resolved by the resolution of this motion either the Magistrate Judge or the undersigned will enter a docket control order which will govern this matter through resolution. Absent good cause, no further delays will be granted. The Court is entering this order so that the parties may be prepared. All other pending motions are denied without prejudice.

SIGNED at Houston, Texas this 6th day of January, 2020.

Andrew S. Hanen
United States District Judge