IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:18-cv-00981 |
| | ) | |
| ANN HARRIS BENNETT, in her official capacity | ) | |
| as voter registrar for Harris County, Texas, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## NOTICE OF JOINT AGREEMENT ON DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES

The parties, through counsel, respectfully gives notice to this Court that the parties have agreed to extend the deadline for Defendant to respond to Plaintiff's Motion for Attorney's Fees, Csosts and Expenses.

1. On March 17, 2020, this Court signed and entered the Agreed Order (Doc. 76).

2. The Agreed Order provided, "Each of the parties consents to allow this Court to determine at a later time whether Plaintiff, Defendant, or neither party is a prevailing party in this action for purposes of 52 U.S.C. § 20510(c)." (Doc. 76 ¶ 25.)

3. The Agreed Order further provided, "Upon entry of this Agreed Order by this Court, Plaintiff and/or Defendant may file a motion for attorney's fees, costs, and expenses." (Doc. 76 ¶ 26.)

4. In light of the current public health crisis regarding the Coronavirus, the parties stipulate to an extension of the deadlines pertaining to motions for attorney's fees. *See* Fed. R. Civ. P. 54(d)(2)(B)(i); LRd 7.1-7.4.

1

5. Per the previous order (Doc 78), the following deadlines were established for filing and opposing motions for attorney's fees:

> Motions: within **30 days** from the date this motion is granted.
>
> Responses: within **30 days** from the date the motion is filed.
>
> Replies: within **10 days** from the date the response is filed.

6. The parties have jointly agreed to extend the response date by **10 days** from the date of this filing. The new deadline to file Defendant's Response is **June 1, 2020**.

7. WHEREFORE, the parties request that this joint motion be granted.

Dated:  May 22, 2020.

Respectfully submitted,

For Plaintiff Public Interest Legal Foundation:

Andy Taylor SBN: 19727600
Southern District Bar No.: 10002
Andy Taylor & Associates, P.C.
2628 Hwy 36 South #288
Brenham, Texas 77833
Tel: 713-222-1817
Fax: 713-222-1855
andy@andytaylorlaw.com

J. Christian Adams*
Public Interest Legal Foundation
1555 King St., Ste. 200
Alexandria, VA 22314 (317) 203-5599
adams@publicinterestlegal.org

For Defendant Ann Harris

Bennett: OF COUNSEL:

VINCE RYAN
HARRIS COUNTY ATTORNEY

 /s/ Amy Magness VanHoose
AMY MAGNESS VANHOOSE
Assistant County Attorney
Texas Bar No. 24042085
Southern District of Texas No. 560463
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5136
Fax: (713) 755-8823
Email: Amy.VanHoose@cao.hctx.net

 /s/ Noel H. Johnson
Noel H. Johnson*
Kaylan L. Phillips*
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204 (317) 203-5599
njohnson@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on May 22, 2020, in compliance with the Federal Rules of Civil Procedure on all parties of record:

Joseph A. Vanderhulst
Email: jvanderhulst@publicinterestlegal.org
Noel H. Johnson
Email: njohnson@publicintereslegal.org
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204
Phone: (317) 203-5599
**Attorneys for Plaintiff**

Andy Taylor
Attorney at Law
2668 Hwy. 36 South, #288
Brenham, Texas 77833
Phone: (713) 222-1817
Fax: (713) 222-1855
Email: ataylor@andytaylorlaw.com
**Attorney for Plaintiff**

J. Christian Adams*
Public Interest Legal Foundation
1555 King St., Ste. 200
Alexandria, VA 22314 (317) 203-5599
adams@publicinterestlegal.org
**Attorney for Plaintiff**

        */s/   Amy Magness VanHoose*
        **AMY MAGNESS VANHOOSE**
        Assistant County Attorney